**Order entered January 31, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00075-CV

**TOYOTA MOTOR SALES, U.S.A., INC. AND TOYOTA MOTOR CORPORATION, Appellants**

**V.**

**BENJAMIN THOMAS REAVIS AND KRISTI CAROL REAVIS, INDIVIDUALLY AND AS NEXT FRIENDS OF E.R. AND O.R., MINOR CHILDREN, Appellees**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-15296**

## ORDER

Before the Court is appellants' January 30, 2020 unopposed motion for extension of time to file their reply brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 2, 2020.

/s/    KEN MOLBERG
        JUSTICE